United States District Court
District of Massachusetts
Boston Division

Carlos Jose Castillo-Vasquez )
    Petitioner, )
     )
    VS. )
     )   **05-40070**
Warden David Winn, )
    and )
Immigration & Naturalization )
Service DDA I.N.S., )
    Defendants. )
     )

Petitioner's Petition for Writ of
Habeas Corpus 28 U.S.C. §2241

Petitioner appearing pro-se moves the Court to issue this Habeas Corpus granting his release from Defendants' detainer for possible deportation, as the Petitioner is a legal citizen within the State of New York and residing in the State of Massachusetts at the Federal Medical Center (U.S. Prison Systems) Ayer, Massachusetts after being found guilty of illegal re-entry in support states:

(1) <u>Jurisdiction</u>: This Court has personam jurisdiction and venue as he is currently confined in this Federal District. And further jurisdiction is established at **28 U.S.C. §2241; §1331** and **United States Constitution Articles I §8 Cls. 6 and 10; III §2 Cls. 1 and 2; and IV.**

(2) <u>Complaint</u>: The defendants placed an I.N.S. hold on December 4, 2004. The I.N.S. requested Petitioner to agree to deportation. Petitioner refuses to sign a waiver for deportation because he is a legal citizen of the State of New York and not subject to deportation. The first deportation was illegal and unconstitutional and agreed to, due to wrong-

ful advice of the Court and through coercion, threats and fear. The basis for deportation the first time was based upon an erroneous prior conviction and information. Moreover, the Federal Regime has never had the Constitutional Authority to deport any State citizen in the United States, unless the State so agrees. The State of New York did not agree to deport Petitioner.

The Defendants have not exercised any immediate deportation of Petitioner in the past 180 days. Thus, the defendants must release Petitioner from custody and/or the custody restraint caused by their/government detainer, since Dec. 4, 2004.

(3) <u>Discussion</u>: The Petitioner did not voluntarily and knowingly agree to the State of New York's conviction as charged in 1998 Case Number  4413-98  and sentenced in 1999. The Defendant did not have unauthorized sexual or illegal sexual relations with his girlfriend back in 1997 or 1998.

Sexual relationship, in clear terms is none of the U.S. Government and State Government's business as it violates **U.S. Constitution Amendments (U.S.C.A.A.) 1, 4, 5, 6, 8-10** religious and free expression **U.S.C.A.A. I.** It appears that Washington, D.C.'s radical and "maybe treasonable regimes," are using their Republican Political Party's radical understanding in their <u>GOD's</u> phony Christian Religion to threaten every citizen in these 50 states to accept these extremist personally created political laws; and Federal Agencies to target Latin and Black cultures who did NOT share the Republican Political Treasonable manipulation of law to

support defendants' phony Christian nonsense.  This nonsense and Treason is unconstitutional as it infringes upon the Petitioner's and the Catholic Church's religious and Latin culture in violation of due process, equal protection, under separation of Church and State and Freedom of Expression.  And is Cruel and Unusual Punishment.

The U.S. Constitution's clear language does not grant any authority to the Central Regime to deport State Citizens from any of the United States.  The I.N.S. and its executive branch, nor Congress has any power that is not expressly granted to them in the U.S. Constitution.

(4) Deportation and Religion:  The facts are that the radical and Treasonable Republican Political Party uses "buzz-words" and propaganda of its controlled U.S.A. media 24 hours a day to promote their criminal and treasonable enterprise i.e. evil mask as religious good.

(5) Statutory Law:  When Statutory law violates the Constitution, then the Statutes and I.N.S. rules are Unconstitutional.  In this case all Statutes and Rules are unconstitutional, as a sexual relationship between a man and a woman belong between them, and if they so believe, in their Own GOD, not the Federal Regime and/or Republican Political's God of Evil, that makes divine Creation and spiritual sexuality criminal.  Such unconstitutional rules and laws violate **U.S.C.A.A. 1, 4, 5, 6, 8-10.**  And requires this Court, to Support and Uphold the U.S. Constitution as required by Oath **U.S. Constitution Article VI, Cl. 3.**

3

## GOD Is A Child Molester/Pervert and Jesus Is a Bastard and Mary is A Whore:

Is this what Washington, D.C.'s 2 treasonable Political Parties via radicalism by George W. Bush's Republican Party's Evangelical Religious Evil dares to create as a ways and means to lower birth rates, love, family and religious Freedom and free Speech in Latin and Black Families.  It's clear, by the very foundation of White Supremists in the Republican/Democrat i.e. Republicrat's religious schemes and the manipulation via office of Information (NSA) by the U.S.A.'s puppet news media, that the Defendants are targeting Latinos as "Public Enemy Number I".  Jesus is a Latino!  God Is a Child Molester. Mary is a Whore.  That's what this extremist and treasonable regime's laws and rules paint against the Catholic Church i.e. The Last Latino Nation and Religion on Earth, coupled with the ideological divide between Jewish believers.  It's simple.  Mother of Jesus i.e. Mary was 13 years old when she gave birth to Jesus.  That means that the God who "True" Christian and Catholics swear that impregnated Mary is a Child Molester.  It also, means almost all Nations on Earth, promote Child molestation because most Catholics and other religious people and nations' citizens start having sex around the age of 10 to 13 years of age.  Sex is a religious crime in the U.S.A. as it has no impact upon the Federal and State Governments except for political and diabolical grand standing by Evil politicians trying to paint themselves as Holier than GOD, "The Creator".  These extremists and treasonable politicians in Washington, George W. Bush et al are not promoting religious people and Faith in GOD ALMIGHTY, they are creating new evils by tyrannycal abuse of power directly violating their Judicial/Political Oaths of Office i.e. Treason.  See, U.S.C. Article I §8 Cls. 6

4

and 10; III §3 Cl. 1; II §1 Cl.8; VI Cl.3; Amendments 1, 4, 5, 6, 8-10 and 14 et seq.

Here two religious, or even in the Republicrats' eyes non religious, experienced sexual partners, "man and woman" had consentual sex. Not Rape! **See, Affidavit Attached hereto** by the Father of the Alleged Rape Victim that disputes the Rape Charge as a mistake. They decided not to get a State sponsored Marriage and the Father of the Girl (15 to 16 years old) took advantage of a typical domestic disagreement between his daughter and this young Latino man -and called in the police to arrest him because they ended their relationship. She had had sexual encounters before she met the petitioner. She admitted she was having sex with other young men from age 11 years. Ultimately, if a sin between Petitioner and Her, "and God existed, the Catholic takes confession and forgives all of us Catholics for our weaknesses or sins." That is if it is indeed a sin at all. This criminalization created by the White English Kings style of Christianity violates Cathdic Canon and destroys Latin Families and Families of the Latin Nation i.e. The Catholic Church. That is a direct violation of Freedom of speech and Separation of Church and State. And of course to turn all young Latino girls and boys/men and women into sexual perverts via propaganda and unconstitutional laws and rules is cruel and unusual punishment and violated this Petitioner's rights under **U.S.C.A.A. 1, 4, 5, 6, "8" -10**. And is Treason.

Case Law: The U.S. Supreme Court has spoken in clear language that Defendants may not hold an alleged deportable alien more than 180 days. That time has passed. See, **Clark v. Martinez**, 160 L.Ed 2d ___ (2005).

In this case before the Court, the Petitioner now has a better understanding, that he is in fact, a legal citizen of the State of New York, and is legally within these United States. Moreover, as the Supreme Court has ruled, those who are illegal/unconstitutionally deported may come back as a legal resident. Either way because this Petitioner is a citizen or even a legal resident with a wife and children and home in the State of New York, he is not deportable by Defendants. In addition, the Petitioner is a National Citizen as his Allegiance is with the Sovereign and is Non-deportable. See, 8 U.S.C.A. §1227 (a); §1101 (a)(22) as compelled by **Oliver v. DOJ**, 517 F2d 426 at 427 (2nd Cir. 1975); **I.N.S. v. Cyr**, 150 L.Ed 2d 347 (2001); **Lee v. Ashcroft**, 216 F.Supp. 2d 51 at 58-59 (E.D.NY. 2002).

Finally as in **Leocal vs. Ashcroft**, 159 L.Ed. 2d ___ (2004) the Petitioner's illegal removal from the U.S.A. via bad advise or without advise of Counsel, as a scared to death limited english and little education and no prior arrest and understanding of how corrupt and coercively threatening the U.S. Court and Federal Injustice System is, the prior Removal must be striken down as it was not voluntary and it's illegal to remove a National and/or any legal Citizen because he made love, big deal, had sex with his girlfriend and was humiliated as a Latino to plea guilty for having sex or face prisoners in jail who might kill him for mere suspicion or because the prosecutors/cops might tell other prisoners he was having a sexual relationship with a child -- his 15 year old girlfriend. As is the case with these types of State sponsored terrorist charges; the Petitioner wanted a quiet settlement to the Embarrassment of these Radical Evangelical, white politically

inspired laws targeting Latinos. Most, Latinos are sexually active from age 10 to 13 (maybe 95%). This insanity and tyrannical targeting of Latins and Blacks for their open culture must not be allowed to continue.

Claim Preclusion: The Constitution gave Congress, the President, and Federal Courts limited and defined powers in its Clear Language. Deportation of State Citizens is NOT a Federal Regime's power. And there is NO language to support laws, it's up to the individual States. The Federal Regime is allowed to create a uniform Rule for immigration to pass along to the States, more as a recommendation for deportation, not a mandatory or even optional power to the Federal Regime. The States like Federal Judges in **U.S. v. Booker/Fanfan, 160 L.Ed. 2d ___ (2005)** may use the I.N.S. as a guideline for possible deportation, but Congress has nothing approaching a power to pass criminal and civil law over Immigration.

Petitioner moves this Court to Declare All Federal I.N.S. and Immigration Law and Rules as Unconstitutional and an invasion upon the States Sovereingn Powers, because it allows the Federal Regime to Deport State Citizens without due process, equal protection, confrontation, effective assistance, access to the Courts, subject each to Illegal Search and Seizure, denies grand juries, turn innocent citizens into criminals based upon racism, religion and free speech violations. And of Course the Statutes and Laws are Treason in the violent overthrow of the U.S. Constitution. Treason in pure terms, constitutionally speaking, is betrayal of (Oath of Office) Trust and each Federal official employee, politician is sworn to Support the U.S. Constitution. **See, Articles II §1 Cl.8; VI Cl. 3; Amendment 14.**

<u>Stare Decises</u>: The basis of deportation fails to prove a crime of violence 8 U.S.C. §1101 (a)(43)(F); §16. See, <u>Leocal v. Ashcroft</u>, et seq...

## CONCLUSION

The Petitioner has been illegally restrained by Defendants since they placed their detainer on him on Dec. 4, 2004. Regardless, as if the Court adopts Petitioner's inflamed and impassioned pleas to end Racism and the other Unconstitutional charges herein, and Petitioner moves the Court to do so. The Court must nevertheless order the Petitioner released on his own or with bail or simply GRANT this Habeas Corpus based upon the Pleading.

Respectfully Submitted,

Carlos Jose Castillo-Vasquez

R.E. Veatch, Law Professor IJD
On the Brief/Next of Friend