

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
DONOHUE FEDERAL BLDG. & COURTHOUSE
595 MAIN STREET, SUITE 502
WORCESTER, MASSACHUSETTS 01608
TELEPHONE: 508-929-9900

**IN RE:**   Carlos Jose Castillo_Vasquez v David L. Winn & I.N.S.

**DEAR SIR/MADAM:**

Your complaint/petition has been received for filing by this office but has not been filed because one or more of the following is missing and is necessary for the filing of your proceeding.

    ( )    Civil Cover Sheet

    ( )    Civil Category Sheet

    ( )    Complaint (or Petition)

    ( )    Filing Fee[1] (does not apply to those who are proceeding in forma pauperis)

    ( x )    Application to Proceed Without Prepayment of Fees (in forma pauperis) AO 240

    **FOR PRISONERS:**

        ( x )    Completed certificate portion of AO 240 form by institution of incarceration

        ( x )    Certified copy of prisoner's trust fund account (or institutional equivalent) for prior six-month period

        ( x )    Filing Fee or Partial Filing Fee

    ( )    _____

Please provide and/or complete those items which are checked above and return them to this office as soon as possible. Your complaint/petition will be filed when the material requested is received by this office.

If I may be of further assistance, please contact me at (508) 929-9900.

                                    SARAH A. THORNTON
                                    CLERK OF COURT

Date: 5/11/05                      By:    Kathleen Hassett
                                            Deputy Clerk

(INTAKECO.WPD - 12/9/98)

---

[1]    Complaint - $150.00 - effective December 18, 1996
     Petition for Writ of Habeas Corpus - $5.00
     MAKE CHECK PAYABLE TO CLERK, U. S. DISTRICT COURT