UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS JOSE CASTILLO-VASQUEZ, ) <br> ) <br> Petitioner ) <br> ) <br> v. ) <br> ) <br> WARDEN DAVID WINN, ET AL. ) <br> ) <br> Respondents ) | Civil Action No. <br> 05cv40070-PBS |

MOTION TO TRANSFER CASE TO SECOND CIRCUIT COURT OF APPEALS
PURSUANT TO SECTION 106(c) OF THE REAL ID ACT OF 2005

Respondent[1] moves to transfer this action to the Second Circuit Court of Appeals pursuant to the command of section 106(c) of the REAL ID Act of 2005, H.R. 1268, 109th Cong. (2005)(enacted), Pub. L. No. 109-13, Div. B, 119 Stat. 231 ("RIDA").

                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

By:  s/Frank Crowley
     FRANK CROWLEY
     Special Assistant U.S. Attorney
     Department of Homeland Security
     P.O. Box 8728
     J.F.K. Station
     Boston, MA 02114
     (617) 565-2415

---

[1] See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").

<u>L.R. 7.1(A)(2) CERTIFICATE STATEMENT</u>

Respondent respectfully takes the position that because the petitioner is pro se and detained in a State or Federal facility, the requirement of L.R. 7.1(A)(2) regarding counsels' certification of resolution efforts is inapplicable. Alternatively, because Petitioner is an alien currently incarcerated in a state correctional facility, counsel for the Respondent respectfully requests leave to file this Motion without a 7.1 conference.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on May 18, 2005.

<u>s/Frank Crowley</u>
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114