UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
CARLOS JOSE CASTILLO-VASQUEZ,       )
          Petitioner,               )
                                    )
          v.                        ) CIVIL ACTION NO. 05-40070-PBS
                                    )
DAVID WINN, ET AL.,                 )
          Respondents.              )
                                    )
```

**ORDER**

May 17, 2005

Saris, U.S.D.J.

The above entitled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 was filed on May 11, 2005. Petitioner claims, *inter alia*, that he is a citizen of the United States.

In order for this Court to address the issues presented by the petition, it is hereby ORDERED that the Respondents shall provide at least seven (7) business days advance notice of any scheduled deportation or removal of the Petitioner.

**S/PATTI B. SARIS**
United States District Judge